NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KENNETH B. MASON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee,*

AND

**FREDERICK TRAWICK,**
*Intervenor.*

---

2012-7042

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-2969, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**ORDER**

Kenneth B. Mason moves without opposition for a 60-day extension of time, until September 17, 2012, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 0 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
James R. Sweet, Esq.
Michael J. Schaengold, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 7 2012

JAN HORBALY
CLERK